IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TYRONE CHALMERS,

    Petitioner,

vs.                                          No. 2:09-cv-2051-MSN-atc

TONY MAYS, Warden,
Riverbend Maximum Security
Institution,

    Respondent.

## ORDER STAYING CASE

In accordance with the Court's Order Granting Unopposed Motion to Stay and Abey Federal Habeas Proceedings, (ECF No. 127), this matter is hereby **ADMINISTRATIVELY STAYED**. The parties must file a motion to reopen this matter at the appropriate time.

**IT IS SO ORDERED** this 7th day of June, 2022.

                                      *s/ Mark Norris*
                                      MARK S. NORRIS
                                      UNITED STATES DISTRICT JUDGE